Judge Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                              )<br>              Plaintiff, )<br>                              )<br>       v.                )<br>                              )<br>SHAWN A. GOLDFINCH       )<br>                              )<br>            Defendant. ) | NO. CR09-5667 RJB<br><br>**ORDER TO SEAL** |

Based upon the motion of the United States, and the representations made therein, it is HEREBY ORDERED that

Exhibit A to United States' Response in Opposition to Defendant's Motion for Reduction in Sentence in this matter be FILED UNDER SEAL.

IT IS SO ORDERED.

DATED this 29th day of December, 2011.

_/s/ Robert J Bryan_
Robert J Bryan
United States District Judge

Presented by:

s/Michael Dion
MICHAEL DION
Assistant United States Attorney

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970